WILLIAM H. ORRICK, III (State Bar No. 113252)
ef-who@cpdb.com
ANN E. JOHNSTON (State Bar No. 141252)
ef-aej@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Defendant
FIRST BANK OF DELAWARE

ORIGINAL
FILED
07 MAY 29 PM 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

JSW

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

C 07 2789

THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,

Plaintiff,

v.

CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC., d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK N' GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a/ CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50 inclusive,

Defendants.

Case No.

**DECLARATION OF ALONZO PRIMUS IN SUPPORT OF NOTICE OF REMOVAL**

I, Alonzo Primus, declare as follows:

1. I am President and the Chief Operating Officer of First Bank of Delaware ("FIRST BANK"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. FIRST BANK is a full service commercial bank chartered under the laws of the State of Delaware. Its principal place of business is located at Brandywine Commons II, 1000 Rocky Run Parkway, Wilmington, Delaware 19803.

3. First Bank's deposits are insured by the Federal Deposit Insurance Corporation ("FDIC").

4. I have reviewed the "Complaint For Injunctive Relief and Civil Penalties For Violations of Business and Professions Code Section 17200" in the above-captioned matter ("Complaint"), which was originally filed in the Superior Court of the State of California in and for the City and County of San Francisco, Case No. CGC-07-462779.

5. FIRST BANK offers various personal loan products to consumers, including consumer installment loans ("the Installment Loans"). These Installment Loans are at the center of Plaintiff's Complaint in this action. FIRST BANK charges a fee on these Loans that is considered interest under Delaware law and under Section 27 of the Federal Deposit Insurance Act ("FDIA"), 12 U.S.C. §1831d.

6. The Complaint alleges, *among other things*, that: (a) the Installment Loans violate California Law and California's constitutional bans on usury (Complaint, ¶1); (b) FIRST BANK offers Installment Loans through unaffiliated third-party retailers that "require consumers to supply access to their checking accounts as collateral, in violation of the California Deferred Deposit Transaction Law" (Complaint, ¶30); (c) FIRST BANK "continues to purport to act as the lender for installment loans brokered and marketed by" other defendants named in the action (Complaint, ¶31); (d) FIRST BANK "unlawfully aids and abets" violations of the California Finance Lenders Law and/or the California Deferred Deposit Transactions Law by other defendants named in this action (Complaint, ¶¶32-34); and (e) all Defendants (including FIRST BANK) have violated California Business and Professions Code section 17200, the California Deferred Deposit Transaction Law, California's Finance Lenders Law and California's usury law (Complaint, ¶36).

7. The Complaint alleges that "all of the acts and omissions described in this Complaint by any defendant were duly performed by, and attributable to all DEFENDANTS,

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

including the Doe Defendants, each acting as agent and/or under the direction and control of the others, and such acts and omissions were within the scope of such agency, direction and/or control. Any reference in this complaint to any acts of 'DEFENDANTS' shall be deemed to be the acts of each and every defendant acting individually, jointly or severally." Complaint 12.

8. The Complaint seeks, among other relief, $2,500 in civil penalties for each violation of section 17200 by each defendant. (Complaint, Prayer for Relief, ¶ 5).

9. During the four-year period preceding the filing of this lawsuit, customers who reside in the City and County of San Francisco entered into at least four hundred (400) separate Installment Loans with FIRST BANK that are alleged in the Complaint to have violated section 17200. The Complaint seeks $2,500 in civil penalties for each of the more than 400 installment Loans as against FIRST BANK. Accordingly, and because $2,500 multiplied by 400 equals $1,000,000, the matter in controversy in this action with respect to FIRST BANK exceeds the sum or value of $1,000,000 exclusive interest and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 29, 2007, at Philadelphia, Pennsylvania.

Alonzo Primus

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

# CERTIFICATE OF SERVICE

I, Mary Ann Dimapasoc, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492.

On May 29, 2007, a copy of the following document(s):

- **DECLARATION OF ALONZO PRIMUS IN SUPPORT OF NOTICE OF REMOVAL**

was served on:

Dennis J. Herrera
Owen J. Clements
Peter J. Keith
Christine Van Aken
Ann M. O'Leary
Office of the City Attorney
1 Dr. Carlton B. Goodlett Place, Suite 234
San Francisco, CA 94102

Counsel for Plaintiff

William H. Orrick
Ann E. Johnston
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, California 94111

Counsel for First Bank of Delaware

Stephen G. Harvey
Larry R. Wood, Jr.
Kathleen A. Mullen
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc.

Robert H. Bunzel
Griffith C. Towle
Bartko Zankel Tarrant Miller
900 Front Street, Suite 300
San Francisco, CA 94111

Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc.

☒ By US Mail: On the above date, I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 29, 2007, at San Francisco, California.

Mary Ann Dimapasoc



SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492