

Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone:  (415) 956-1900
Facsimile:   (415) 965-1152

Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEYMART EXPRESS, INC.

ORIGINAL FILED

07 MAY 29 PH 3: 21

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera, <br><br> Plaintiffs, <br><br> vs. <br><br> CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. C 07 2789 JSW <br><br> **DECLARATION OF EMANUEL VALADAKIS IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** |

I, Emanuel Valadakis, hereby declare as follows:

1.      I am an employee of Dollar Financial Group, Inc., the corporate parent of

Defendants MONETARY MANAGEMENT OF CALIFORNIA, INC. and MONEY MART

EXPRESS, INC. I have personal knowledge of the facts stated herein.

DECLARATION OF EMANUEL VALADAKIS

1          2.       MONETARY MANAGEMENT OF CALIFORNIA, INC. (referred to in the

2    Complaint and herein as "MONEY MART") is a Delaware corporation with its principal place of

3    business in Pennsylvania.

4          3.       MONEY MART EXPRESS, INC. (referred to in the Complaint and herein as

5    "CUSTOM CASH ONLINE") is a Utah corporation with its principal place of business in

6    Pennsylvania.

7          4.       I have reviewed the Complaint ("Compl.") in the above-captioned matter,

8    which was originally filed in the Superior Court of the State of California in and for the City and

9    County of San Francisco, Case No. CGC-07-462779.

10         5.       The Complaint alleges, among other things, that until mid-April 2007,

11   MONEY MART purported to market and arrange installment loans to customers in San Francisco

12   on behalf of First Bank of Delaware ("FBD").   Compl. ¶¶ 8 and 24.   In the alternative, the

13   Complaint alleges that MONEY MART was the true lender of the installment loans. *Id.* ¶ 25.

14         6.       The Complaint alleges that the terms of these installment loans "bore

15   unconscionable, usurious interest rates" in violation of the California Finance Lenders Law and

16   the California Constitution. *Id.*

17         7.       The Complaint further alleges that MONEY MART and CUSTOM CASH

18   ONLINE imminently intend to use the Internet to market and arrange installment loans that

19   violate the usury restrictions of California law on behalf of FBD, with FBD as the lender of the

20   loans. *Id.* ¶¶ 27-28.

21         8.       FBD is a Delaware state bank insured by the Federal Deposit Insurance

22   Corporation ("FDIC").

23         9.       The Complaint alleges that "all of the acts and omissions described in this

24   Complaint by any defendant were duly performed by, and attributable to all DEFENDANTS,

25   including the Doe Defendants, each acting as agent and/or under the direction and control of the

26   others, and such acts and omissions were within the scope of such agency, direction and/or

27   control.  Any reference in this complaint to any acts of 'DEFENDANTS' shall be deemed to be

28   the acts of each and every defendant acting individually, jointly or severally." Compl. ¶ 12.

- 2 -

**DECLARATION OF EMANUEL VALADAKIS**

1　　　　　10.　　The Complaint alleges that the acts and business practices of MONEY MART

2　and CUSTOM CASH ONLINE violated or will violate Business and Professions Code section

3　17200. *Id.* ¶ 36.

4　　　　　11.　　The Complaint seeks, among other relief, $2,500 in civil penalties for each

5　violation of section 17200 by each Defendant. *Id.* Prayer for Relief ¶ 5.

6　　　　　12.　　During the four-year period preceding the filing of this lawsuit, customers who

7　reside in the City and County of San Francisco entered into more than 200 separate installment

8　loans with FBD that are alleged in the Complaint to have violated section 17200 and that were

9　marketed and serviced by MONEY MART, CUSTOM CASH ONLINE, and/or one of their

10　corporate affiliates. The Complaint seeks $2,500 in civil penalties for each of these more than

11　200 installment loans. Accordingly, and because $2,500 multiplied by 200 equals $500,000, the

12　matter in controversy in this action as to MONEY MART and CUSTOM CASH ONLINE

13　exceeds the sum or value of $500,000 exclusive of interest and costs.

14　　　　I declare under penalty of perjury under the law of the United States of America that the

15　foregoing is true and correct.

16

17　Executed on May 25, 2007.　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

18　　　　　　　　　　　　　　　　　　　　　　　　　Emanuel Valadakis

19

20

21

22

23

24

25

26

27

28

- 3 -

**DECLARATION OF EMANUEL VALADAKIS**

1

## CERTIFICATE OF SERVICE

2

3       I, Mary Ann Dimapasoc, declare:

4       I am a citizen of the United States and employed in San Francisco County, California.
I am over the age of eighteen years and not a party to the within-entitled action.  My business
address is One Maritime Plaza, Suite 300, San Francisco, California  94111-3492.

5

6       On May 29, 2007, a copy of the following document(s):

7       • **DECLARATION OF EMMANUEL VALADAKIS IN SUPPORT OF NOTICE
         OF REMOVAL TO FEDERAL COURT**

8

9    was served on:

10      Dennis J. Herrera                                    William H. Orrick
        Owen J. Clements                                     Ann E. Johnston
11      Peter J. Keith                                       Coblentz, Patch, Duffy & Bass,
        Christine Van Aken                                   LLP
12      Ann M. O'Leary                                       One Ferry Building, Suite 200
        Office of the City Attorney                          San Francisco, California
13      1 Dr. Carlton B. Goodlett Place, Suite 234           94111
        San Francisco, CA  94102

14                                                           Counsel for First Bank of
15      Counsel for Plaintiff                                Delaware

16      Stephen G. Harvey                                    Robert H. Bunzel
        Larry R. Wood, Jr.                                   Griffith C. Towle
17      Kathleen A. Mullen                                   Bartko Zankel Tarrant Miller
        Pepper Hamilton LLP                                  900 Front Street, Suite 300
18      3000 Two Logan Square                                San Francisco, CA  94111
        Eighteenth and Arch Streets
19      Philadelphia, PA  19103-2799                         Counsel for Monetary
20                                                           Management of California, Inc.
                                                             and Money Mart Express, Inc.
21      Counsel for Monetary Management of
        California, Inc. and Money Mart Express, Inc.

22      ☒    By US Mail: On the above date, I placed the document(s) listed above in a sealed
             envelope with postage thereon fully prepaid, in the United States mail at San
23           Francisco, California addressed as set forth below.  I am readily familiar with the
             firm's practice of collection and processing correspondence for mailing.  Under
24           that practice it would be deposited with the U.S. Postal Service on that same day
             with postage thereon fully prepaid in the ordinary course of business.

25

26

        I declare under penalty of perjury under the laws of the State of California that the above
27
     is true and correct.
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

- 10 -

1     Executed on May 29, 2007, at San Francisco, California.

2

3

4                              Mary Ann Dimapasoc

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28