```
ORIGINAL
FILED
MAY 29 PM 3:22

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

1  William H. Orrick III, State Bar No. 113252
   Ann E. Johnston, State Bar No. 141252
2  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
3  San Francisco, CA 94111-4213
   Telephone:    (415) 391-4800
4  Facsimile:    (415) 989-1663

5  Attorneys for Defendant
   FIRST BANK OF DELAWARE
6
   See Signature Page for Complete List of Defendants E-Filing
7  the Counsel who Represent those Parties

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   THE PEOPLE OF THE STATE OF              Case No.: 07 2789 JSW
12 CALIFORNIA, acting by and through City
   Attorney Dennis J. Herrera,
13
                 Plaintiffs,               **DEFENDANTS' DISCLOSURES OF**
14                                         **NON-PARTY INTERESTED ENTITIES**
         vs.                               **OR PERSONS**
15
   CHECK 'N GO OF CALIFORNIA, INC. d/b/a   [ Civ. L.R. 3-16 ]
16 CHECK 'N GO; SOUTHWESTERN &
   PACIFIC SPECIALTY FINANCE, INC. d/b/a
17 CHECK 'N GO; AVANTE TELADVANCE,
   INC. d/b/a CHECK 'N GO ONLINE;
18 MONETARY MANAGEMENT OF
   CALIFORNIA, INC. d/b/a MONEY MART;
19 MONEY MART EXPRESS, INC. d/b/a
   CUSTOMCASH ONLINE; FIRST BANK OF
20 DELAWARE; and DOES 1 through 50,
   inclusive.
21
                 Defendants.
22

23
         Defendants FIRST BANK OF DELAWARE ("First Bank"); CHECK 'N GO OF
24
   CALIFORNIA, INC. d/b/a CHECK 'N GO, SOUTHWESTERN & PACIFIC SPECIALTY
25
   FINANCE, INC. d/b/a CHECK 'N GO, and AVANTE TELADVANCE, INC. d/b/a CHECK 'N
26
   GO ONLINE (collectively "Check 'n Go Defendants"); and MONETARY MANAGEMENT OF
27
   CALIFORNIA, INC. d/b/a MONEY MART and MONEYMART EXPRESS, INC. d/b/a
28
   CUSTOMCASH ONLINE (collectively "Money Mart Defendants"), by their undersigned

                                     - 1 -

attorneys, hereby provide their three respective certifications pursuant to Civil Local Rule 3-16 as follows:

1.  Certification by FIRST BANK OF DELAWARE:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party First Bank of Delaware, which is a publicly traded company the shares of which are listed on NASDAQ, there is no such interest to report.

Dated: May 29, 2007                         By: /s/ Wm. H. Orrick III

William H. Orrick III, State Bar No.113252
Ann E. Johnston, State Bar No. 141252
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA  94111-4213
Telephone:   (415) 391-4800
Facsimile:    (415) 989-1663

Attorneys for Defendant
FIRST BANK OF DELAWARE

2.  Certification by MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART and MONEYMART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE (collectively "Money Mart Defendants"):

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Monetary Management of California, Inc. and Money Mart Express, Inc. are wholly-owned subsidiaries of Dollar Financial Group, Inc., which in turn is a wholly-owned subsidiary of Dollar Financial Corp., a public company listed on NASDAQ.

Dated: May 29, 2007                          By: /s/ Robert H. Bunzel

Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone:   (415) 956-1900
Facsimile:   (415) 956-1152

Stephen G. Harvey
Larry R. Wood, Jr.
Kathleen A. Mullen
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA, INC. and MONEYMART EXPRESS, INC.

3. Certification by CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO, SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO, and AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE (collectively "Check 'n Go Defendants"):

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter of the controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    CNG Financial Corporation:    Parent company to Defendants Check 'n Go of California, Inc.; Southwestern & Pacific Specialty Finance, Inc.; and Avante Teladvance, Inc.

Dated: May 29, 2007    By: /s/ Mark O. T[...]

Mark C. Dosker, State Bar. No. 114789
Daniel S. Kubasak, State Bar No. 222336
SQUIRE, SANDERS & DEMPSEY, L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  (415) 954-0200
Facsimile:  (415) 393-9887

Amy L. Brown
Jeremy W. Dutra
SQUIRE, SANDERS & DEMPSEY, LLP
1201 Pennsylvania Avenue, NW, Suite 500
Washington, DC 20004
Telephone:  (202) 626-6200
Facsimile:  (202) 626-6780

Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC;
SOUTHWESTERN & PACIFIC
SPECIALTY FINANCE, INC.; and
AVANTE TELADVANCE, INC.

## CERTIFICATE OF SERVICE

I, Mary Ann Dimapasoc, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492.

On May 29, 2007, a copy of the following document(s):

- **DEFENDANTS' DISCLOSURES OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

was served on:

| | |
|---|---|
| Dennis J. Herrera<br>Owen J. Clements<br>Peter J. Keith<br>Christine Van Aken<br>Ann M. O'Leary<br>Office of the City Attorney<br>1 Dr. Carlton B. Goodlett Place, Suite 234<br>San Francisco, CA 94102<br><br>Counsel for Plaintiff | William H. Orrick<br>Ann E. Johnston<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111<br><br>Counsel for First Bank of Delaware |
| Stephen G. Harvey<br>Larry R. Wood, Jr.<br>Kathleen A. Mullen<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. | Robert H. Bunzel<br>Griffith C. Towle<br>Bartko Zankel Tarrant Miller<br>900 Front Street, Suite 300<br>San Francisco, CA 94111<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. |

[X] By US Mail: On the above date, I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 10 -

1 | Executed on May 29, 2007, at San Francisco, California.

_____
Mary Ann Dimapasoc