SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker, State Bar. No. 114789
Daniel S. Kubasak, State Bar No. 222336
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:   (415) 954-0200
Facsimile:   (415) 393-9887

SQUIRE, SANDERS & DEMPSEY L.L.P
Amy L. Brown
Jeremy W. Dutra
1201 Pennsylvania Avenue, NW, Suite 500
Washington, DC 20004
Telephone:   (202) 626-6200
Facsimile:   (202) 626-6780

Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC;
SOUTHWESTERN & PACIFIC SPECIALTY
FINANCE, INC.; and AVANTE TELADVANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>vs.<br><br>CHECK'N GO OF CALIFORNIA, INC. d/b/a CHECK'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: C-07-2789 JSW<br><br>E-Filing<br><br><br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES, CIVIL STANDING ORDERS, AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA** |

      Pursuant to this Court's Civil Standing Order No. 12, Defendants hereby provide the attached Certificate of Service to confirm service on all parties of the Court's Order Setting Initial Case Management and ADR Deadlines, Civil Standing Orders, and Standing Order for All Judges of the Northern District of California, which were served on all parties as part of the service of all papers filed with the Notice of Removal and all papers issued by the Court upon the filing of the Notice of Removal.

Dated: May 30, 2007

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
     Mark C. Dosker

Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC;
SOUTHWESTERN & PACIFIC
SPECIALTY FINANCE, INC.; and
AVANTE TELADVANCE, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

## CERTIFICATE OF SERVICE

I, Mary Ann Dimapasoc, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492.

On May 29, 2007, a copy of the following document(s):

- Order Setting Initial Case Management and ADR Deadlines;
- Civil Standing Orders;
- Standing Order for All Judges of the Northern District of California

was served on:

| | |
|---|---|
| Dennis J. Herrera<br>Owen J. Clements<br>Peter J. Keith<br>Christine Van Aken<br>Ann M. O'Leary<br>Office of the City Attorney<br>1 Dr. Carlton B. Goodlett Place, Suite 234<br>San Francisco, CA 94102<br><br>Counsel for Plaintiff | William H. Orrick<br>Ann E. Johnston<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111<br><br>Counsel for First Bank of Delaware |
| Stephen G. Harvey<br>Larry R. Wood, Jr.<br>Kathleen A. Mullen<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. | Robert H. Bunzel<br>Griffith C. Towle<br>Bartko Zankel Tarrant Miller<br>900 Front Street, Suite 300<br>San Francisco, CA 94111<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. |

☒    By US Mail: On the above date, I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 30, 2007, at San Francisco, California.


Mary Ann Dimapasoc

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 3 -

# CERTIFICATE OF SERVICE

I, Mary Ann Dimapasoc, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492.

On May 30, 2007, a copy of the following document(s):

**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES, CIVIL STANDING ORDERS, AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**

was served on:

| | |
|---|---|
| Dennis J. Herrera<br>Owen J. Clements<br>Peter J. Keith<br>Christine Van Aken<br>Ann M. O'Leary<br>Office of the City Attorney<br>1 Dr. Carlton B. Goodlett Place, Suite 234<br>San Francisco, CA  94102<br><br>Counsel for Plaintiff | William H. Orrick<br>Ann E. Johnston<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, California  94111<br><br>Counsel for First Bank of Delaware |
| Stephen G. Harvey<br>Larry R. Wood, Jr.<br>Kathleen A. Mullen<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA  19103-2799<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. | Robert H. Bunzel<br>Griffith C. Towle<br>Bartko Zankel Tarrant Miller<br>900 Front Street, Suite 300<br>San Francisco, CA  94111<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

1    ☒    By US Mail: On the above date, I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 30, 2007, at San Francisco, California.

*(signature)*
Mary Ann Dimapasoc

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 5 -