SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker, State Bar. No. 114789
Daniel S. Kubasak, State Bar No. 222336
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:   (415) 954-0200
Facsimile:    (415) 393-9887

SQUIRE, SANDERS & DEMPSEY L.L.P
Amy L. Brown
Jeremy W. Dutra
1201 Pennsylvania Avenue, NW, Suite 500
Washington, DC 20004
Telephone:   (202) 626-6200
Facsimile:    (202) 626-6780

Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC;
SOUTHWESTERN & PACIFIC SPECIALTY
FINANCE, INC.; and AVANTE TELADVANCE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>vs.<br><br>CHECK'N GO OF CALIFORNIA, INC. d/b/a CHECK'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: C-07-2789 JSW<br><br>E-Filing<br><br><br>**DECLARATION OF MARK C. DOSKER REGARDING ADDITIONAL DOCUMENT FROM STATE COURT FILE** |

I, MARK C. DOSKER, declare as follows:

1. I am an attorney at law admitted to practice before this Court, all the courts in the State of California, the United States Supreme Court and various other federal courts, and I am a partner in the law firm of Squire, Sanders & Dempsey L.L.P., counsel of record for defendants CHECK 'N GO OF CALIFORNIA, INC; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC.; and AVANTE TELADVANCE, INC. ("the Check 'n Go Defendants") in this action. The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. At the time final copies were being made yesterday from the filings in the state court so as to include them in the removal papers filed in this Court, one item shown on the state court's docket was not then available electronically from the state court's website and also was not then available in the public file for copying at the state court. That item was filed by the plaintiff, but had not been served on any defendant, because no counsel for any defendant had appeared in the state court action as of the time the item was filed by the plaintiff in the state court. The item is Plaintiff's Objection to Court Commissioner Acting As Judge Pro Tempore at Trial Pursuant to Local Rule 6.1(c). A true and correct copy of that item, which has subsequently become available for copying from the state court's file, is attached hereto.

3. By this Declaration and the attachment hereto, the defendants respectfully supplement this Court's file and defendants' Notice of Removal to include this remaining item from the state court's file.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 30, 2007 at San Francisco, California.

/s/
Mark C. Dosker

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

# CERTIFICATE OF SERVICE

I, Mary Ann Dimapasoc, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492.

On May 30, 2007, a copy of the following document(s):

- **DECLARATION OF MARK C. DOSKER REGARDING ADDITIONAL DOCUMENT FROM STATE COURT FILE**

was served on:

| | |
|---|---|
| Dennis J. Herrera<br>Owen J. Clements<br>Peter J. Keith<br>Christine Van Aken<br>Ann M. O'Leary<br>Office of the City Attorney<br>1 Dr. Carlton B. Goodlett Place, Suite 234<br>San Francisco, CA 94102<br><br>Counsel for Plaintiff | William H. Orrick<br>Ann E. Johnston<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111<br><br>Counsel for First Bank of Delaware |
| Stephen G. Harvey<br>Larry R. Wood, Jr.<br>Kathleen A. Mullen<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. | Robert H. Bunzel<br>Griffith C. Towle<br>Bartko Zankel Tarrant Miller<br>900 Front Street, Suite 300<br>San Francisco, CA 94111<br><br>Counsel for Monetary Management of California, Inc. and Money Mart Express, Inc. |

☒ By US Mail: On the above date, I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 30, 2007, at San Francisco, California.

/s/
Mary Ann Dimapasoc