```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  OWEN J. CLEMENTS, State Bar #141805
   Chief of Special Litigation
3  PETER J. KEITH, State Bar #206482
   CHRISTINE VAN AKEN, State Bar #241755
4  ANN M. O'LEARY, State Bar #238408
   Deputy City Attorneys
5  Office of the City Attorney
   1 Dr. Carlton B. Goodlett Place, Suite 234
6  San Francisco, CA 94102
   Telephone:    (415) 554-4721
7  Facsimile:    (415) 554-4757
   E-Mail:       christine.van.aken@sfgov.org
8
   Attorneys for Plaintiff
9  THE PEOPLE OF THE STATE OF CALIFORNIA
   Ex rel. San Francisco City Attorney Dennis J. Herrera
```

**FILED**
San Francisco County Superior Court
MAY 24 2007
GORDON PARK-LI, Clerk
BY: _____
    Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

UNLIMITED CIVIL JURISDICTION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>vs.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. CGC-07-462779<br><br>**PLAINTIFF THE PEOPLE OF THE STATE OF CALIFORNIA'S OBJECTION TO COURT COMMISSIONER ACTING AS JUDGE PRO TEMPORE AT TRIAL PURSUANT TO LOCAL RULE 6.1(c)**<br><br>Date Action Filed:   April 26, 2007<br>Trial Date:          Not set |

PLEASE TAKE NOTICE that, pursuant to Uniform Local Rule 6.0(C), plaintiff THE PEOPLE OF THE STATE OF CALIFORNIA hereby objects to a Court Commissioner acting as

1

OBJECTION TO COURT COMM'R, Case No. 462-779

1 a Judge Pro Tempore for the purposes of presiding over the trial in the above-captioned case. At
2 this time, plaintiff will not stipulate to a Court Commissioner acting as a Judge Pro Tempore for
3 the purposes of presiding over the trial.
4     Plaintiff reserves the right to consider this option and to enter such a stipulation at a later
5 time.
6 Dated: May 23, 2007

DENNIS J. HERRERA
City Attorney
OWEN J. CLEMENTS
Chief of Special Litigation
PETER J. KEITH
CHRISTINE VAN AKEN
ANN M. O'LEARY
Deputy City Attorneys

By: _____
CHRISTINE VAN AKEN
Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF
CALIFORNIA, ex rel. San Francisco City Attorney
Dennis J. Herrera