1 | Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
2 | BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
3 | 900 Front Street, Suite 300
San Francisco, California 94111
4 | Telephone: (415) 956-1900
Facsimile: (415) 956-1152
5 |
6 | Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
7 | INC. and MONEY MART EXPRESS, INC.

*RECEIVED*
*07 MAY 31 PM 3: 42*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-Filing*

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 THE PEOPLE OF THE STATE OF | ) No. C 07-02789 JSW |
| CALIFORNIA, acting by and through City | ) |
| 12 Attorney Dennis J. Herrera, | ) **[PROPOSED] ORDER GRANTING** |
| | ) **APPLICATION FOR ADMISSION OF** |
| 13 Plaintiffs, | ) **ATTORNEY STEPHEN G. HARVEY** |
| | ) ***PRO HAC VICE*** |
| 14 v. | ) |
| | ) Complaint filed: April 26, 2007 |
| 15 CHECK 'N GO OF CALIFORNIA, INC. d/b/a | ) |
| CHECK N. GO; SOUTHWESTERN & | ) |
| 16 PACIFIC SPECIALTY FINANCE, INC. d/b/a/ | ) |
| CHECK 'N GO; AVANTE TELADVANCE, | ) |
| 17 INC. d/b/a CHECK 'N GO ONLINE; | ) |
| MONETARY MANAGEMENT OF | ) |
| 18 CALIFORNIA, INC. d/b/a MONEY MART; | ) |
| MONEY MART EXPRESS, INC. d/b/a | ) |
| 19 CUSTOMCASH ONLINE; FIRST BANK OF | ) |
| DELAWARE; and DOES 1-50, inclusive, | ) |
| 20 | ) |
| Defendants. | ) |
| 21 | ) |

22      Stephen G. Harvey, an active member in good standing of the bar of Pennsylvania,

23 whose business address and telephone number is 3000 Two Logan Square, Eighteenth & Arch

24 Streets, Philadelphia, PA 19103-2799, telephone number (215) 981-4000, having applied in the

25 above-entitled action for admission to practice in the Northern District of California on a *pro hac*

26 *vice* basis, representing defendants Monetary Management of California, Inc. and Money Mart

27 Express, Inc.,

28

-1-

2186.000/328752.1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN G. HARVEY -
*PRO HAC VICE* -- Case No. C 07-02789 JSW

BARTKOZANKEL
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

2  and conditions of Civil Local Rule 11-3.   All papers filed by the attorneys must indicate

3  appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated

4  in the application will constitute notice to the party.  All future filings in this action are subject to

5  the requirements contained in General Order No. 45, *Electronic Case Filing*.

6  DATED: _____ JUN 0 5 2007 _____, 2007

7

8  _____

9  UNITED STATES DISTRICT JUDGE/
   MAGISTRATE JUDGE

BARTKOZANKEL
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN G. HARVEY -
*PRO HAC VICE* -- Case No. C 07-02789 JSW

2186.000/328752.1