```
Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
```

RECEIVED
07 MAY 31 PM 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK N. GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive,<br><br>Defendants. | No. C 07-02789 JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KATHLEEN A. MULLEN. *PRO HAC VICE*<br><br>Complaint filed: April 26, 2007 |

    Kathleen A. Mullen, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is Suite 200, 100 Market Street, Harrisburg, PA 17101 telephone number (215) 981-4786, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Monetary Management of California, Inc. and Money Mart Express, Inc.,

-1-

2186.000/328743.1    [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KATHLEEN A. MULLEN *PRO HAC VICE* -- Case No C 07-02789 JSW

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorneys must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: __JUN 0 5 2007__, 2007

_____
UNITED STATES DISTRICT JUDGE/
MAGISTRATE JUDGE

-2-

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KATHLEEN A. MULLEN *PRO HAC VICE* -- Case No C 07-02789 JSW

2186.000/328743.1