Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.

RECEIVED
07 MAY 31 PM 3: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK N. GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive,<br><br>Defendants. | No. C 07-02789 JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY LARRY R. WOOD, JR. *PRO HAC VICE*<br><br>Complaint filed: April 26, 2007 |

Larry R. Wood, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is 3000 Two Logan Square, Eighteenth & Arch Streets, Philadelphia, PA 19103-2799, telephone number (215) 981-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Monetary Management of California, Inc. and Money Mart Express, Inc.,

-1-

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil Local Rule 11-3. All papers filed by the attorneys must indicate
3  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
4  in the application will constitute notice to the party. All future filings in this action are subject to
5  the requirements contained in General Order No. 45, *Electronic Case Filing*.
6  DATED: __JUN 0 5 2007__, 2007

_____
UNITED STATES DISTRICT JUDGE/
MAGISTRATE JUDGE

-2-

2186.000/328742.1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY LARRY R. WOOD, JR.
*PRO HAC VICE* -- Case No C 07-02789 JSW