1  SQUIRE, SANDERS & DEMPSEY L.L.P.
2  Mark C. Dosker (State Bar # 114789)
   Daniel S. Kubasak (State Bar # 222336)
3  One Maritime Plaza, Third Floor
   San Francisco, California 94111-3492
4  Telephone:  (415) 954-0200
   Facsimile:  (415) 393-9887
5
   SQUIRE, SANDERS & DEMPSEY L.L.P.
6  Amy L. Brown
   Jeremy W. Dutra
7  Nicholas M. Beizer
   1201 Pennsylvania Ave., NW, Suite 500
8  Washington, DC 20004
   Telephone:  (202) 626-6600
9  Facsimile:  (202) 626-6780

10
   Attorney for Defendants
11 CHECK 'N GO OF CALIFORNIA, INC.;
   SOUTHWESTERN & PACIFIC SPECIALTY
12 FINANCE, INC.; and AVANTE TELADVANCE,
   INC.
13

14                   UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera, | Case No. C-07-2789 JSW |
|---|---|---|
| 18 | | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF NICHOLAS M. BEIZER |
| 19 | Plaintiffs, vs. | |
| 20 | CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1 through 50, inclusive. Defendants. | |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza
Third Floor
San Francisco, CA 94111-3492

[RECEIVED 07 JUN 13 PM 3:51 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1
2    Nicholas M. Beizer, an active member in good standing of the District of Columbia Bar,
3    whose business address and telephone number is:

4
       Squire, Sanders & Dempsey L.L.P.
       1201 Pennsylvania Ave., NW, Suite 500
5
       Washington, DC 20004-0407
6       Telephone:   (202) 626-6796

7    having applied in the above-entitled action for admission to practice in the Northern District of
8    California on a *pro hac vice* basis, representing CHECK 'N GO OF CALIFORNIA, INC.;
9    SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC; and AVANTE TELADVANCE,
10   INC.
11

12   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
13   conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*
14   *vice*. Service of papers upon and communication with co-counsel designated in the application
15   shall constitute notice to the party. All future filings in this action are subject to the requirements
16   contained in General Order No. 45, *Electronic Case Filing*.

17
18   Dated: 6-18-07                                    *[signature]*
19                                                    Jeffrey S. White
                                                      United States District Judge
20

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza
Third Floor
San Francisco, CA 94111-3492