SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (State Bar # 114789)
Daniel S. Kubasak (State Bar # 222336)
One Maritime Plaza, Third Floor
San Francisco, California 94111-3492
Telephone:   (415) 954-0200
Facsimile:   (415) 393-9887

SQUIRE, SANDERS & DEMPSEY L.L.P.
Amy L. Brown
Jeremy W. Dutra
Nicholas M. Beizer
1201 Pennsylvania Ave., NW, Suite 500
Washington, DC 20004
Telephone:   (202) 626-6600
Facsimile:   (202) 626-6780

Attorney for Defendants
CHECK 'N GO OF CALIFORNIA, INC.;
SOUTHWESTERN & PACIFIC SPECIALTY
FINANCE, INC.; and AVANTE TELADVANCE,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br>vs.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.  C-07-2789 JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF JEREMY W. DUTRA |

Jeremy W. Dutra, an active member in good standing of the bar of the Maryland Court of Appeals and the District of Columbia Bar, whose business address and telephone number is:

>    Squire, Sanders & Dempsey L.L.P.
>    1201 Pennsylvania Ave., NW, Suite 500
>    Washington, DC 20004-0407
>    Telephone:   (202) 626-6237

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing CHECK 'N GO OF CALIFORNIA, INC.; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC; and AVANTE TELADVANCE, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6-18-07

Jeffrey S. White
United States District Judge