

1

2  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Dosker (State Bar # 114789)
3  Daniel S. Kubasak (State Bar # 222336)
   One Maritime Plaza, Third Floor
4  San Francisco, California 94111-3492
   Telephone:   (415) 954-0200
5  Facsimile:   (415) 393-9887

6  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Amy L. Brown
7  Jeremy W. Dutra
   Nicholas M. Beizer
8  1201 Pennsylvania Ave., NW, Suite 500
   Washington, DC 20004
9  Telephone:   (202) 626-6600
   Facsimile:   (202) 626-6780

10

11 Attorney for Defendants
   CHECK 'N GO OF CALIFORNIA, INC.;
12 SOUTHWESTERN & PACIFIC SPECIALTY
   FINANCE, INC.; and AVANTE TELADVANCE,
13 INC.

14               UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 THE PEOPLE OF THE STATE OF            Case No.  C-07-2789 JSW
   CALIFORNIA, acting by and through City
18 Attorney Dennis J. Herrera,           [PROPOSED] ORDER GRANTING
                                         APPLICATION FOR ADMISSION *PRO
19                  Plaintiffs,          HAC VICE* OF AMY L. BROWN
            vs.
20
   CHECK 'N GO OF CALIFORNIA, INC. d/b/a
21 CHECK 'N GO; SOUTHWESTERN &
   PACIFIC SPECIALTY FINANCE, INC. d/b/a
22 CHECK 'N GO; AVANTE TELADVANCE,
   INC. d/b/a CHECK 'N GO ONLINE;
23 MONETARY MANAGEMENT OF
   CALIFORNIA, INC. d/b/a MONEY MART;
24 MONEY MART EXPRESS, INC. d/b/a
   CUSTOMCASH ONLINE; FIRST BANK OF
25 DELAWARE; and DOES 1 through 50,
   inclusive.
26
                    Defendants.
27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza
Third Floor
San Francisco, CA 94111-3492

1

2    Amy L. Brown, an active member in good standing of the Virginia Supreme Court and the

3    District of Columbia Bar, whose business address and telephone number is:

4    Squire, Sanders & Dempsey L.L.P.
     1201 Pennsylvania Ave., NW, Suite 500
5    Washington, DC 20004-0407
     Telephone:    (202) 626-6707
6

7    having applied in the above-entitled action for admission to practice in the Northern District of

8    California on a *pro hac vice* basis, representing CHECK 'N GO OF CALIFORNIA, INC.;

9    SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC; and AVANTE TELADVANCE,

10   INC.

11

12       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

13   conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

14   *vice*. Service of papers upon and communication with co-counsel designated in the application

15   shall constitute notice to the party. All future filings in this action are subject to the requirements

16   contained in General Order No. 45, *Electronic Case Filing*.

17

18   Dated: ___6-18-07___

19                                          Jeffrey S. White
                                            United States District Judge
20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza
Third Floor
San Francisco, CA 94111-3492