DENNIS J. HERRERA, State Bar #139669
City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
PETER J. KEITH, State Bar #206482
CHRISTINE VAN AKEN, State Bar #241755
ANN M. O'LEARY, State Bar #238408
Deputy City Attorneys
Office of the City Attorney
1 Dr. Carlton B. Goodlett Place, Suite 234
San Francisco, CA 94102
Telephone:     (415) 554-4721
Facsimile:      (415) 554-4757
E-Mail:          christine.van.aken@sfgov.org

Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA
Ex rel. San Francisco City Attorney Dennis J. Herrera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>vs.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. C 07-2789-JSW<br><br>**DECLARATION OF PETER J. KEITH IN SUPPORT OF PLAINTIFF PEOPLE OF THE STATE OF CALIFORNIA'S (1) MOTION FOR ORDER REMANDING CASE AND (2) MOTION FOR AN ORDER THAT DEFENDANTS PAY THE PEOPLE'S FEES AND COSTS**<br><br>Hearing Date:     August 3, 2007<br>Hearing Judge:   Hon. J. S. White<br>Time:                  9:00 a.m.<br>Place:                 Courtroom 2, 450 Golden Gate Avenue, San Francisco, CA<br><br>Date Action Filed:     April 26, 2007<br>Date Action Removed: May 30, 2007 |

**DECLARATION OF PETER J. KEITH**

I, Peter J. Keith, declare:

1

1.      I am a Deputy City Attorney in the Office of City Attorney Dennis Herrera.  I am one of the counsel of record for the Plaintiff People of the State of California.  I am over the age of eighteen and I have personal knowledge of the matters stated in this declaration, unless otherwise stated.

2.      Attached as Exhibit A to this declaration is a true and correct copy of the People's Complaint filed in San Francisco Superior Court in this action.

3.      Attached as Exhibit B to this declaration is a true and correct copy of Defendants' Notice of Removal filed in this Court in this action (without exhibits).

4.      Attached as Exhibit C to this declaration is a true and correct copy of the order in *Strong v. First American Cash Advance of Georgia, LLC*, No. 1:04-cv-2610-WSD (N.D. Ga. Dec. 13, 2005), obtained from PACER court records.

5.      Attached as Exhibit D to this declaration is a true and correct copy of the order in *People of the State of New York v. County Bank of Rehoboth Beach*, No. 1:03-CV-1320 (N.D.N.Y. May 25, 2004), obtained from PACER court records.

6.      Attached as Exhibit E to this declaration is a true and correct copy of the order in *Cross-Country Bank v. Klussman*, No. C-01-4190-SC, 2004 WL 966289 (N.D. Cal. Apr. 30, 2004), obtained from PACER court records.

7.      Attached as Exhibit F to this declaration is a true and correct copy of the order in *Long v. Ace Cash Express, Inc.*, No. 3:00-CV-1306-J25TJC, 2001 WL 34106904 (M.D. Fla. June 18, 2001), obtained from PACER court records.

8.      I have reviewed our office's billing records with regard to this case.  Since May 29, 2007, I have worked 17.25 hours on matters exclusively related to removal of this action, including review of the removal papers, research, writing, and revising the motion to remand and the motion for sanctions.  Our office will exercise our billing discretion to eliminate duplicative billing regarding strategy meetings (billing only the time of the attorney with the lowest billing rate), as well as to eliminate time spent on the motion for sanctions.  Following this reduction, our office will claim only 7.5 hours for my work. I have been employed as a Deputy City Attorney since 2000.  I regularly practice in California courts and in this Court.  My services are

1  billed to government agencies at a discounted rate of $184 per hour.  At a billing rate of $184 per
2  hour, the People have incurred $1,380.00 for my fees as a direct result of Defendants' removal of
3  this action.

4        9.  Since May 29, 2007, Deputy City Attorney Christine Van Aken has worked 26.5
5  hours on matters exclusively related to removal of this action, including review of the removal
6  papers, research, writing, and revising the motion to remand and the motion for sanctions.  Our
7  office will exercise our billing discretion to eliminate duplicative billing regarding strategy
8  meetings (billing only the time of the attorney with the lowest billing rate), as well as to
9  eliminate time spent on the motion for sanctions.  Following this reduction, our office will claim
10 only 23.5 hours for Ms. Van Aken's work.  Ms. Van Aken has been employed as a Deputy City
11 Attorney since February 2006.  Ms. Van Aken regularly practices in California courts and in this
12 Court.  Her services are billed to government agencies at a discounted rate of $184 per hour.  At
13 a billing rate of $184 per hour, the People have incurred $4,324.00 for Ms. Van Aken's fees as a
14 direct result of Defendants' removal of this action.

15       10.  Since May 29, 2007, Deputy City Attorney Owen Clements has worked 28.25
16 hours on matters exclusively related to removal of this action, including review of the removal
17 papers, research, writing, and revising the motion to remand and the motion for sanctions.  Our
18 office will exercise our billing discretion to eliminate duplicative billing regarding strategy
19 meetings (billing only the time of the attorney with the lowest billing rate), as well as to
20 eliminate time spent on the motion for sanctions.  Following this reduction, our office will claim
21 only 25.0 hours for Mr. Clements's work.  Mr. Clements is the Chief of Special Litigation for the
22 City Attorney's Office.  Mr. Clements regularly practices in California courts and in this Court.
23 Mr. Clements's services are billed to government agencies at a discounted rate of $213 per hour.
24 At a billing rate of $213 per hour, the People have incurred $5,325.00 for Mr. Clements's fees as
25 a direct result of Defendants' removal of this action.

26       11.  I can reasonably estimate that in connection with writing the People's reply
27 papers on the motion to remand, I will spend approximately 2.0 hours, Ms. Van Aken will spend
28 approximately 8.0 hours, and Mr. Clements will spend approximately 3.0 hours.  The People

1 therefore expect to incur an additional $2,479.00 in fees related to Defendants' improper removal
2 of this action.  The People intend to file a supplemental declaration detailing the hours actually
3 spent on the reply papers, concurrently with the reply papers.
4   I declare under penalty of perjury under the laws of the State of California and the United
5 States that the preceding declaration is true, and that this declaration was executed on June 20,
6 2007, in San Francisco, California.

          _____Peter Keith_____
                   PETER KEITH

**INDEX TO EXHIBITS**

| Exhibit | Description |
|---|---|
| A | The People's Complaint Filed In San Francisco Superior Court |
| B | Defendants' Notice of Removal Filed In This Court |
| C | Order, *Strong v. First American Cash Advance of Georgia, LLC*, No. 1:04-cv-2610-WSD (N.D. Ga. Dec. 13, 2005) |
| D | Order, *People of the State of New York v. County Bank of Rehoboth Beach*, No. 1:03-CV-1320 (N.D.N.Y. May 25, 2004) |
| E | Order, *Cross-Country Bank v. Klussman*, No. C-01-4190-SC, 2004 WL 966289 (N.D. Cal. Apr. 30, 2004) |
| F | Order, *Long v. Ace Cash Express, Inc.*, No. 3:00-CV-1306-J25TJC, 2001 WL 34106904 (M.D. Fla. June 18, 2001) |