Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Larry R. Wood, Jr., Esq. (admitted *Pro Hac Vice*)
Stephen G. Harvey, Esq. (admitted *Pro Hac Vice*)
Pepper Hamilton LLP
3000 Two Logan Square
Eighteen and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Kathleen A. Mullen, Esq. (admitted *Pro Hac Vice*)
Pepper Hamilton LLP
100 Market Street, Suite 100
P. O. Box 1181
Harrisburg, PA 17101
Telephone: (717) 238-1162
Facsimile: (717) 238-0575

Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK N. GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive,<br><br>Defendants. | No. C 07-02789 JSW<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint filed: April 26, 2007 |

-1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that defendants MONETARY MANAGEMENT OF CALIFORNIA, INC. and MONEY MART EXPRESS, INC. appear in this action by and through its attorneys of record: Robert H. Bunzel and C. Griffith Towle, Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, CA 94111, whose telephone number is (415) 956-1900 and facsimile number is (415) 956-1152; Stephen G. Harvey and Larry R. Wood, Jr. at Pepper Hamilton, LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799, whose telephone number is (215) 981-4000 and facsimile number is (215) 981-4750; and Kathleen A. Mullen at Pepper Hamilton LLP, Suite 100, 100 Market Street, P.O. Box PO Box 1181, Harrisburg, PA 17101, whose telephone number is (215) 981-4786 and facsimile number is (717) 238-0575

DATED: June 25, 2007

                                          BARTKO, ZANKEL, TARRANT & MILLER
                                          A Professional Corporation

                                          By: _____
                                                  C. Griffith Towle
                                                  Attorneys for Defendants
                                      MONETARY MANAGEMENT OF CALIFORNIA,
                                      INC., and MONEY MART EXPRESS, INC.