1  Robert H. Bunzel, State Bar No. 99395
   C. Griffith Towle, State Bar No. 146401
2  BARTKO, ZANKEL, TARRANT & MILLER
   A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California 94111
4  Telephone: (415) 956-1900
   Facsimile: (415) 956-1152
5
   Larry R. Wood, Jr., Esq. (admitted *Pro Hac Vice*)
6  Stephen G. Harvey, Esq. (admitted *Pro Hac Vice*)
   Pepper Hamilton LLP
7  3000 Two Logan Square
   Eighteen and Arch Streets
8  Philadelphia, PA 19103-2799
   Telephone: (215) 981-4000
9  Facsimile: (215) 981-4750

10 Kathleen A. Mullen, Esq. (admitted *Pro Hac Vice*)
   Pepper Hamilton LLP
11 100 Market Street, Suite 100
   P. O. Box 1181
12 Harrisburg, PA 17101
   Telephone: (717) 238-1162
13 Facsimile: (717) 238-0575

14 Attorneys for Defendants
   MONETARY MANAGEMENT OF CALIFORNIA,
15 INC. and MONEY MART EXPRESS, INC.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera, | No. C 07-02789 JSW |
| 19 | **NOTICE OF APPEARANCE** |
| 20        Plaintiffs, | |
| | Complaint filed: April 26, 2007 |
| 21     v. | |
| 22 CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK N. GO; SOUTHWESTERN & PACIFIC | |
| 23 SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a | |
| 24 CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a | |
| 25 MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF | |
| 26 DELAWARE; and DOES 1-50, inclusive, | |
| 27        Defendants. | |
| 28 | |

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that defendants MONETARY MANAGEMENT OF CALIFORNIA, INC. and MONEY MART EXPRESS, INC. appear in this action by and through its attorneys of record: Robert H. Bunzel and C. Griffith Towle, Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, CA 94111, whose telephone number is (415) 956-1900 and facsimile number is (415) 956-1152; Stephen G. Harvey and Larry R. Wood, Jr. at Pepper Hamilton, LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799, whose telephone number is (215) 981-4000 and facsimile number is (215) 981-4750; and Kathleen A. Mullen at Pepper Hamilton LLP, Suite 100, 100 Market Street, P.O. Box PO Box 1181, Harrisburg, PA 17101, whose telephone number is (215) 981-4786 and facsimile number is (717) 238-0575

DATED: June 26, 2007

        BARTKO, ZANKEL, TARRANT & MILLER
        A Professional Corporation

        By: _____
                Robert H. Bunzel
                Attorneys for Defendants
        MONETARY MANAGEMENT OF CALIFORNIA,
        INC., and MONEY MART EXPRESS, INC.