1  WILLIAM H. ORRICK, III (State Bar No. 113252)
   ef-who@cpdb.com
2  ANN E. JOHNSTON (State Bar No. 141252)
   ef-aej@cpdb.com
3  COBLENTZ, PATCH, DUFFY & BASS LLP
   One Ferry Building, Suite 200
4  San Francisco, California 94111-4213
   Telephone: 415.391.4800
5  Facsimile: 415.989.1663

6  Attorneys for Defendant
   FIRST BANK OF DELAWARE
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera, | Case No. C-07-02789 JSW |
| 12 | **STIPULATION AND ORDER TO CONTINUE HEARING DATE** |
| 13            Plaintiff, | |
| 14       v. | |
| 15  CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC., d/b/a CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK N' GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a/ CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50 inclusive, | |
| 21            Defendants. | |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

13000.001.643987v4                         1                    Case No. C-07-02789 JSW
STIPULATION AND ORDER TO CONTINUE HEARING DATE

1  The parties to the above-referenced matter, by and through their counsel of record, stipulate and agree to continue the hearing on plaintiff's Motion to Remand from August 3, 2007 to August 10, 2007, at 9:00 a.m. pursuant to Civil Local Rule 7-7 and this Court's Civil Standing Orders. In support of this Stipulation, defendants state:

1. Lead counsel for defendant First Bank of Delaware, William H. Orrick, III will be on sabbatical during the month of August. Ann E. Johnston, his co counsel, has a conflict the morning of August 3, 2007 (a case management conference before the Hon. Jeremy Fogel).

2. Lead counsel for defendants Check 'n Go of California, Inc., Southwestern & Pacific Specialty Finance, Inc., and Avante Teladvance, Inc., Amy L. Brown and Mark C. Dosker, will each be on previously scheduled vacations on August 3, 2007.

3. Ms. Johnston, Ms. Brown and Mr. Dosker are available on August 10, 2007, as are all other counsel involved in this matter.

4. In view of the foregoing, defendants requested a continuance promptly after receipt of the Motion to Remand. Good cause exists for the one week continuance of the hearing, and if the hearing is not moved by one week, defendants First Bank of Delaware, Check 'n Go of California, Inc., Southwestern & Pacific Specialty Finance, Inc., and Avante Teladvance, Inc. will be prejudiced because the counsel of their choice will be unable to participate or would have to ruin prepaid family vacation plans.

5. Plaintiffs have agreed to the one week continuance of the hearing.

Therefore, the parties stipulate as follows:

A. The hearing on plaintiff's Motion to Remand shall be continued from August 3, 2007 to August 10, 2007, at 9:00 a.m.

///
///
///
///
///
///

6. The briefing schedule shall adjust as follows: defendants' opposition shall be filed and served on or before July 18, 2007; plaintiff's reply shall be filed and served on or before July 27, 2007.

SO STIPULATED:

Dated: 7/2 , 2007

OFFICE OF THE CITY ATTORNEY

By: /s/
Dennis J. Herrera, City Attorney
Owen J. Clements
Peter J. Keith
Christine Van Aken
Amy M. O'Leary
Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA

Dated: 7-2 , 2007

COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/
William H. Orrick, III
Attorneys for Defendant
FIRST BANK OF DELAWARE

Dated: _____, 2007

PEPPER HAMILTON LLP

By: /s/
Stephen G. Harvey
Larry R. Wood, Jr.
Kathleen A. Mullen
Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA, INC. AND MONEY MART EXPRESS, INC.

13000.001.643987v4                    3                    Case No. C-07-02789 JSW
STIPULATION AND ORDER TO CONTINUE HEARING DATE

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | BARTKO, ZANKEL, TARRANT & MILLER, PC |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | Robert H. Bunzel<br>C. Griffith Towle<br>Attorneys for Defendants |
| 6 | | MONETARY MANAGEMENT OF CALIFORNIA, INC. AND MONEY MART EXPRESS, INC. |
| 7 | | |
| 8 | Dated: _____, 2007 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 9 | | |
| 10 | | By: _____/s/_____ |
| 11 | | Mark C. Dosker<br>Amy L. Brown<br>Nicholas M. Beizer<br>Attorneys for Defendants |
| 12 | | |
| 13 | | CHECK 'N GO OF CALIFORNIA, INC.;<br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC.; AND AVANTE TELADVANCE, INC. |

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13000.001.643987v4    4    Case No. C-07-02789 JSW
**STIPULATION AND ORDER TO CONTINUE HEARING DATE**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

**ORDER**

This Court, having reviewed the Stipulation of the parties, and with good cause appearing, continues the hearing on plaintiff's Motion to Remand until August 10, 2007 at 9:00 a.m. The briefing schedule shall adjust as follows: defendants' opposition shall be filed and served on or before July 18, 2007; plaintiff's reply shall be filed and served on or before July 27, 2007.

Dated: _____, 2007

_____
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I attest that I have obtained concurrence in the filing of the attached document from each of the other signatories.

Dated: July 2, 2007         COBLENTZ, PATCH, DUFFY & BASS, LLP

By: _____[signature]_____
William H. Orrick, III
Attorneys for Defendant
FIRST BANK OF DELAWARE

13000.001.643987v4                    5                    Case No. C-07-02789 JSW

**STIPULATION AND ORDER TO CONTINUE HEARING DATE**