Stephen G. Harvey, Esq., appearing *pro hac vice*
Larry R. Wood, Jr., Esq., appearing *pro hac vice*
Pepper Hamilton LLP
3000 Two Logan Square
Eighteen and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Kathleen A. Mullen, Esq., appearing *pro hac vice*
Pepper Hamilton LLP
100 Market Street, Suite 100
P. O. Box 1181
Harrisburg, PA 17101
Telephone: (717) 255-1162
Facsimile: (717) 238-0575

Robert H. Bunzel, State Bar No. 99395
C. Griffith Towle, State Bar No. 146401
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | No. C 07-02789 JSW<br><br>**STIPULATION AND ORDER REGARDING PAGE LIMITATION FOR OPPOSITION TO MOTION TO REMAND**<br><br>Complaint filed: April 26, 2007 |

-1-

The parties stipulate as follows regarding defendants' request for an additional 5 pages for their consolidated opposition brief to plaintiff's Motion to Remand:

1. On July 2, 2007, the Court entered an Order continuing hearing on plaintiff's Motion to Remand until August 10, 2007 at 9:00 a.m., and establishing a briefing schedule that defendants' opposition shall be filed and served on or before July 18, 2007, and plaintiff's reply shall be filed and served on or before July 27, 2007.

2. The multiple defendants have agreed to file one consolidated opposition brief, and have asked plaintiff City Attorney to agree to a brief that may exceed the 15 page limitation at ¶ 6 of this Court's Civil Standing Orders.

3. Defendants state that the additional pages may be needed so that the consolidated brief can adequately address the issues and authorities raised in plaintiff's motion.

4. Plaintiff and defendants have agreed that defendants' consolidated opposition brief may be up to 20 pages, and that plaintiff's reply brief shall not exceed 15 pages, subject to this Court's approval per the within Order.

So stipulated:

Dated: July 12, 2007                    OFFICE OF THE CITY ATTORNEY

                                        By: _____/s/_____
                                        Dennis J. Herrera, City Attorney
                                        Owen J. Clements
                                        Peter J. Keith
                                        Christine Van Aken
                                        Ann M. O'Leary
                                        Attorneys for Plaintiff
                                        THE PEOPLE OF THE STATE OF CALIFORNIA

| | | |
|---|---|---|
| 1 | Dated: July 12, 2007 | COBLENTZ, PATCH, DUFFY & BASS LLP |
| 2 | | /s/ |
| 3 | | By: _____ |
| | | William H. Orrick, III |
| | | Richard R. Patch |
| 4 | | Anne E. Johnston |
| | | Attorneys for Defendant |
| 5 | | FIRST BANK OF DELAWARE |
| 6 | | |
| | Dated: July 12, 2007 | PEPPER HAMILTON LLP |
| 7 | | |
| | | /s/ |
| 8 | | By: _____ |
| | | Stephen G. Harvey |
| 9 | | Larry R. Wood, Jr. |
| | | Kathleen A. Mullen |
| 10 | | Attorneys for Defendants |
| | | MONETARY MANAGEMENT OF |
| 11 | | CALIFORNIA,. INC. AND MONEY MART |
| | | EXPRESS, INC. |
| 12 | | |
| 13 | | |
| | Dated: July 12, 2007 | BARTKO, ZANKEL, TARRANT & MILLER, PC |
| 14 | | |
| | | By: _____ |
| 15 | | Robert H. Bunzel |
| 16 | | C. Griffith Towle |
| | | Attorneys for Defendants |
| 17 | | MONETARY MANAGEMENT OF |
| | | CALIFORNIA, INC. AND MONEY MART |
| 18 | | EXPRESS, INC. |
| 19 | | |
| 20 | | |
| | Dated: July 12, 2007 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 21 | | |
| | | /s/ |
| 22 | | By: _____ |
| | | Mark C. Dosker |
| 23 | | Amy L. Brown |
| | | Nicholas M. Beizer |
| 24 | | Attorneys for Defendants |
| | | CHECK 'N GO OF CALIFORNIA, INC.; |
| 25 | | SOUTHWESTERN & PACIFIC SPECIALTY |
| | | FINANCE, INC.; AND AVANTE |
| 26 | | TELADVANCE, INC. |

*(Left margin: BARTKO ZANKEL / Bartko Zankel Tarrant+Miller+Levitt & Hannan, Inc. of Counsel / 900 Front Street, Suite 300 / San Francisco, CA 94111 / Phone (415) 956-1900 • Fax (415) 956-1152)*

-3-

## ORDER

This Court, having reviewed the above Stipulation, with good cause appearing, orders that defendants' consolidated opposition brief in opposition to plaintiff's Motion to Remand may not exceed 20 pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summary of argument, and that plaintiff's reply brief may not exceed 15 pages in length, exclusive of title pages, indices of cases, table of contents, exhibits, and summary of argument.

Dated: _____, 2007

_____
UNITED STATES DISTRICT JUDGE

## ATTESTATION

I attest that I have obtained concurrence in the filing of the attached document from each of the other signatories.

DATED: July 12, 2007

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By: /s/ Robert H. Bunzel
Robert H. Bunzel
Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA, INC., and MONEY MART EXPRESS, INC.