RICHARD R. PATCH (State Bar No. 088049)
ef-rrp@cpdb.com
WILLIAM H. ORRICK, III (State Bar No. 113252)
ef-who@cpdb.com
ANN E. JOHNSTON (State Bar No. 141252)
ef-aej@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Defendant
FIRST BANK OF DELAWARE

COUNSEL FOR OTHER DEFENDANTS
ARE LISTED AFTER SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive,<br><br>Defendants. | No. C 07-02789 JSW<br><br>**PROOF OF SERVICE OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR FEES**<br><br>Hearing Date: August 10, 2007<br>Hearing Judge: Hon. J.S. White<br>Time: 9:00 a.m.<br>Place: Courtroom 2,<br>450 Golden Gate Ave.,<br>San Francisco, CA<br><br>Complaint filed: April 26, 2007<br>Complaint removed: May 30, 2007 |

-1-

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On July 18, 2007, I served true copies of the following document(s) described as

1. **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR FEES**

2. **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR FEES AND COSTS**

on the interested parties in this action as follows:

**Attorneys for Plaintiff**
**THE PEOPLE OF THE STATE OF CALIFORNIA:**

Dennis J. Herrera, City Attorney
Owen J. Clements, Chief of Special Investigation
Peter J. Keith, Deputy City Attorney
Christine Van Aken, Deputy City Attorney
Amy M. O'Leary, Deputy City Attorney
Office of The City Attorney
1 Dr. Carlton B. Goodlett Place, Suite 234
San Francisco, California 94102
Telephone:   415.554.4700
Facsimile:   415.554.4757
Email:       dennis.herrera@sfgov.org
             owen.clements@sfgov.org
             peter.keith@sfgov.org
             christine.vanaken@sfgov.org
             amy.oleary@sfgov.org

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION VIA E-FILING:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses listed above by e-filing said document(s) with the Court.

**BY MESSENGER SERVICE:** I provided such document(s) to a professional messenger service for delivery today.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2007, at San Francisco, California.

_____
Ani Siegel