RICHARD R. PATCH (State Bar No. 088049)
ef-rrp@cpdb.com
WILLIAM H. ORRICK, III (State Bar No. 113252)
ef-who@cpdb.com
ANN E. JOHNSTON (State Bar No. 141252)
ef-aej@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Defendants
FIRST BANK OF DELAWARE

COUNSEL FOR OTHER DEFENDANTS
ARE LISTED AFTER SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive,<br><br>Defendants. | No. C 07-02789 JSW<br><br>**DECLARATION OF ANN. E. JOHNSTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND**<br><br>Hearing Date: August 10, 2007<br>Hearing Judge: Hon. J.S. White<br>Time: 9:00 a.m.<br>Place: Courtroom 2,<br>450 Golden Gate Ave.,<br>San Francisco, CA<br><br>Complaint filed: April 26, 2007<br>Complaint removed: May 30, 2007 |

I, ANN E. JOHNSTON, declare and say as follows:

1. I am an active member of the State Bar of California, admitted to practice in all Courts in California and one of the attorneys for defendant First Bank of Delaware in the above-captioned matter. If called upon as a witness, I could and would competently testify to the facts set forth below on the basis of my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the General Counsel's Opinion No. 10: Interest Charges Under Section 27 of the Federal Deposit Insurance Act, 63 Fed. Reg. 19,258, 19,259 (April 17, 1998), www.fdic.gov/regulations/laws/rules/5500-700.html.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Brief of *Amicus Curiae* Bill Lockyer, Attorney General of the State of California, State of California Department of Toxic Substance Control, and Central Valley Regional Water Quality Control Board filed in *People of the State of California, et al. v. M&P Investments, et al.* (United States District Court, Eastern District Case No. CIV-S-00-2441 FCD JFM) on or about March 12, 2002.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that this Declaration was executed on July 18, 2007 in the City and County of San Francisco, California.

*/s/ Ann E. Johnston*
ANN E. JOHNSTON

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

**COUNSEL FOR OTHER DEFENDANTS**

PEPPER HAMILTON LLP
Stephen G. Harvey, Esq. (admitted *Pro Hac Vice*)
Larry R. Wood, Jr., Esq. (admitted *Pro Hac Vice*)
Kathleen A. Mullen, Esq. (admitted *Pro Hac Vice*)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone:    (215) 981-4450
Facsimile:    (215) 689-4669
Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
Robert H. Bunzel, Esq. (State Bar No. 99395)
C. Griffith Towle, Esq. (State Bar No. 146401)
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone:    (415) 956-1900
Facsimile:    (415) 956-1152
Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker, Esq. (State Bar No. 114789)
One Maritime Plaza, Third Floor
San Francisco, CA  94111
Telephone:    (415) 954-0200
Facsimile:    (415) 391-2493
Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC.;
SOUTHWESTERN & PACIFIC SPECIALITY
FINANCE, INC. and AVANTE TELADVANCE, INC.

SQUIRE, SANDERS & DEMPSEY L.L.P.
Amy L. Brown, Esq. (admitted *Pro Hac Vice*)
Nicholas M. Beizer, Esq. (admitted *Pro Hac Vice*)
Jeremy W. Dutra, Esq. (admitted *Pro Hac Vice*)
1201 Pennsylvania Ave., NW, Suite 500
Washington, D.C. 20004
Telephone:    (202) 626-6600
Facsimile:    (202) 626-6780
Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC.;
SOUTHWESTERN & PACIFIC SPECIALITY
FINANCE, INC. and AVANTE TELADVANCE, INC.

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building Suite 200, San Francisco, California 94111-4213
415. 391.4800 • Fax 415.989.1663

2186.000/330821.1

DECLARATION OF ANN. E. JOHNSTON IN SUPPORT OF OPPOSITION TO MOTION TO REMAND
Case No. C 07-02789 JSW