RICHARD R. PATCH (State Bar No. 088049)
ef-rrp@cpdb.com
WILLIAM H. ORRICK, III (State Bar No. 113252)
ef-who@cpdb.com
ANN E. JOHNSTON (State Bar No. 141252)
ef-aej@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Defendant
FIRST BANK OF DELAWARE

COUNSEL FOR OTHER DEFENDANTS
ARE LISTED ON ATTACHED PAGE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>Plaintiffs,<br><br>v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO; SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. d/b/a/ CHECK 'N GO; AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE; MONETARY MANAGEMENT OF CALIFORNIA, INC. d/b/a MONEY MART; MONEY MART EXPRESS, INC. d/b/a CUSTOMCASH ONLINE; FIRST BANK OF DELAWARE; and DOES 1-50, inclusive,<br><br>Defendants. | No. C 07-02789 JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR FEES AND COSTS**<br><br>Hearing Date: August 10, 2007<br>Hearing Judge: Hon. J.S. White<br>Time: 9:00 a.m.<br>Place: Courtroom 2,<br>450 Golden Gate Ave.,<br>San Francisco, CA<br><br>Complaint filed: April 26, 2007<br>Complaint removed: May 30, 2007 |

## INTRODUCTION

Plaintiff's motion for fees and costs, brought pursuant to 28 U.S.C. § 1447(c) and Local Rule 7-8, came before this Court for hearing on August 10, 2007. After careful consideration of the pleadings, the parties' papers, the relevant authority, and having had the benefit of oral argument, the Court DENIES the Plaintiff's motion for the reasons stated herein.

## BACKGROUND

Plaintiff Dennis J. Herrera, City Attorney for the City and County of San Francisco, filed his Complaint in the Superior Court of the State of California for the City and County of San Francisco on April 26, 2007.

The Defendants are (1) First Bank of Delaware (the "Bank"); (2) Check 'n Go of California, Inc., Southwestern & Pacific Specialty Finance, Inc., and Avante Teladvance, Inc. (collectively, the "Check 'n Go Defendants"); and (3) Monetary Management of California, Inc. and Money Mart Express, Inc. (collectively, the "Money Mart Defendants"). The Bank is a Delaware-chartered, federally insured bank.

On May 30, 2007, the Defendants removed the City Attorney's action to this Court pursuant to 28 U.S.C. § 1441, asserting the existence of federal question and diversity jurisdiction. Thereafter, the City Attorney moved to remand on the ground that this Court lacks jurisdiction and moved for his fees and costs incurred with respect to the remand motion. Because the Court concludes that the case was properly removed pursuant to 28 U.S.C. § 1441 and because the Defendants had an objectively reasonable basis for removing the case, the Court denies the Plaintiff's request for fees and expenses.

## ANALYSIS

In *Martin v. Franklin Capital Corporation*, 546 U.S. 132, 140 (2005), the Supreme Court held that courts may generally award attorney's fees only where the removing party lacked an objectively reasonable basis for seeking removal and, conversely, where an objectively reasonable basis for removal exists, fees should be denied. *See also Durham v. Lockheed Martin Corp.*, 495 F.3d 1247, 1254 (9th Cir. 2006) (reversing award of attorney's fees where removal objectively reasonable). Here, for the reasons set forth in this Court's Order Denying Plaintiff's Motion to

-2-

Remand Case, the Court concludes that the Defendants had an objectively reasonable basis for removal of this case based on both federal question and diversity jurisdiction.

## CONCLUSION

Accordingly, the Plaintiff's motion for fees and costs based on improper removal is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building Suite 200, San Francisco, California 94111-4213
415.391.4800 • Fax 415.989.1663

**COUNSEL FOR OTHER DEFENDANTS**

PEPPER HAMILTON LLP
Stephen G. Harvey, Esq. (admitted *Pro Hac Vice*)
Larry R. Wood, Jr., Esq. (admitted *Pro Hac Vice*)
Kathleen A. Mullen, Esq. (admitted *Pro Hac Vice*)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone:    (215) 981-4450
Facsimile:     (215) 689-4669
Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.


BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
Robert H. Bunzel, Esq. (State Bar No. 99395)
C. Griffith Towle, Esq. (State Bar No. 146401)
900 Front Street, Suite 300
San Francisco, CA 94111
Telephone:    (415) 956-1900
Facsimile:     (415) 956-1152
Attorneys for Defendants
MONETARY MANAGEMENT OF CALIFORNIA,
INC. and MONEY MART EXPRESS, INC.


SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker, Esq. (State Bar No. 114789)
One Maritime Plaza, Third Floor
San Francisco, CA  94111
Telephone:    (415) 954-0200
Facsimile:     (415) 391-2493
Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC.;
SOUTHWESTERN & PACIFIC SPECIALITY
FINANCE, INC. and AVANTE TELADVANCE, INC.


SQUIRE, SANDERS & DEMPSEY L.L.P.
Amy L. Brown, Esq. (admitted *Pro Hac Vice*)
Nicholas M. Beizer, Esq. (admitted *Pro Hac Vice*)
Jeremy W. Dutra, Esq. (admitted *Pro Hac Vice*)
1201 Pennsylvania Ave., NW, Suite 500
Washington, D.C. 20004
Telephone:    (202) 626-6600
Facsimile:     (202) 626-6780
Attorneys for Defendants
CHECK 'N GO OF CALIFORNIA, INC.;
SOUTHWESTERN & PACIFIC SPECIALITY
FINANCE, INC. and AVANTE TELADVANCE, INC.

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building Suite 200, San Francisco, California 94111-4213
415. 391.4800 • Fax 415.989.1663