IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, acting by and through City Attorney Dennis J. Herrera,<br><br>    Plaintiff,<br><br>  v.<br><br>CHECK 'N GO OF CALIFORNIA, INC. d/b/a CHECK 'N GO, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-02789 JSW<br><br>**ORDER VACATING HEARING** |

    The motions filed by plaintiff the People of the State of California, acting by and through the San Francisco City Attorney Dennis J. Herrera ("Plaintiff") to remand and for attorneys' fees are currently set for hearing on Friday, August 10, 2007 at 9:00 a.m.  These matters are now fully briefed and ripe for decision.  The Court finds that these matters are appropriate for disposition without oral argument and the matters are deemed submitted.  *See* Civ. L.R. 7-1(b).  Accordingly, the hearing set for August 10, 2007 is VACATED.

    **IT IS SO ORDERED.**

Dated: August 9, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE