UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF
CALIFORNIA
          Plaintiff(s),

v.

CHECK 'N GO OF CALIFORNIA,
INC., etc., et. al
          Defendant(s).

Case No. C 07-02789 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug. 16, 2007

                                            _[signature], SVP_
                                            Money Mart Express, Inc.
                                            [Party]

Dated: Aug 16, 2007

                                            Robert H. Bunzel
                                            [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF
CALIFORNIA
             Plaintiff(s),

v.

CHECK 'N GO OF CALIFORNIA,
INC., etc., et. al
             Defendant(s).

Case No. C 07-02789 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug. 16, 2007

             [signature] Senior Vice President
             Monetary Management of CA
             [Party]

Dated: Aug 16, 2007

             Robert H. Bunzel
             [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

ATTACHMENT TO
ADR CERTIFICATION BY PARTIES AND COUNSEL
(Additional Signatures by Counsel)

*The People of the State of California v. Check 'N Go of California, Inc., etc., et al.*
Case No. C 07-02789 JSW

Dated: August 16, 2007        Stephen G. Harvey
                              [Counsel]

Dated: August 16, 2007        Larry R. Wood, Jr.
                              [Counsel]

Dated: August __, 2007        Kathleen A. Mullen
                              [Counsel]

Dated: August __, 2007        C. Griffith Towle
                              [Counsel]

ATTACHMENT TO
ADR CERTIFICATION BY PARTIES AND COUNSEL
(Additional Signatures by Counsel)

*The People of the State of California v. Check 'N Go of California, Inc., etc., et al.*
Case No. C 07-02789 JSW


Dated: August __, 2007             Stephen G. Harvey
                                   [Counsel]


Dated: August __, 2007             Larry R. Wood, Jr.
                                   [Counsel]


Dated: August 14, 2007             Kathleen A. Mullen  */s/ Kathleen A. Mullen*
                                   [Counsel]


Dated: August __, 2007             C. Griffith Towle
                                   [Counsel]