UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE PEOPLE OF THE STATE OF
CALIFORNIA

              Plaintiff(s),

       v.

CHECK 'N GO OF CALIFORNIA, INC.,
etc., et al.

              Defendant(s).
_____/

CASE NO. C 07-02789 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ✓    Private ADR *(please identify process and provider)* _____
Mediation; mediator to be selected.


The parties agree to hold the ADR session by:
         the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      ✓    other requested deadline  Plaintiff agrees to mediate in 9 months; defendants within 90 days


Dated: 08/17/07

Dated: 08/17/07

/s/ Christine Van Aken
Attorney for Plaintiff

See attached for signatures
Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.


Dated:_____            _____

                                                        UNITED STATES MAGISTRATE JUDGE

ATTACHMENT TO
STIPULATION AND [PROPOSED] ORDER SELECTING
ADR PROCESS
(Additional Signatures by Counsel)

*The People of the State of California v. Check 'N Go of California, Inc., etc., et al.*
Case No. C 07-02789 JSW

Dated: August 17, 2007         /s/ Robert H. Bunzel
                               Attorney for Defendants Monetary
                               Management of California, Inc. and Money
                               Mart Express, Inc.

*Concurrence in the filing of this document has been obtained by each of the other signatories.*

Dated: August 17, 2007         /s/ Ann E. Johnston
                               Attorney for Defendant First Bank of Delaware

                               /s/ Mark C. Dosker
Dated: August 17, 2007         Attorney for Defendants Check 'N Go of
                               California, Inc., Southwestern & Pacific
                               Specialty Finance, Inc., and Avante
                               Teladvance, Inc.