**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 21, 2007

RE: <u>CV 07-02789 JSW    People of the State of California  vs. First Bank of Delaware et al.</u>

　　Your Case Number: <u>(CGC 07-4627794)</u>

Dear Clerk,

　　Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

　　　　(x)　　Certified copies of docket entries

　　　　(x)　　Certified copies of Remand Order

　　　　( )　　Other

　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　Sincerely,

　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　by:  <u>Hilary D. Jackson</u>
　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg